NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1379


FIRETRACE USA, LLC, F.I.R.E. PANEL, LLC,
and FIRETRACE AEROSPACE, LLC,

Plaintiffs-Appellants,

v.

LAWRENCE JESCLARD, CANDICE JESCLARD,
and HAZARD PROTECTION SYSTEMS, INC.,

Defendants-Appellees.


Lawrence G. Scarborough, Bryan Cave LLP, of Phoenix, Arizona, argued for plaintiffs-appellants. With him on the brief was J. Alex Grimsley.

Shane D. Buntrock, Rowley Chapman Barney & Buntrock, Ltd., of Mesa, Arizona, argued for defendants-appellees. With him on the brief was Jordan K. Rolfe. Of counsel on the brief were Paul S. Rowley; and Paul G. Ulrich, Paul G. Ulrich, P.C., of Phoenix, Arizona.

Appealed from: United States District Court for the District of Arizona

Judge Roslyn O. Silver

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1379

FIRETRACE USA, LLC, F.I.R.E. PANEL, LLC,
and FIRETRACE AEROSPACE, LLC,

Plaintiffs-Appellants,

v.

LAWRENCE JESCLARD, CANDICE JESCLARD,
and HAZARD PROTECTION SYSTEMS, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the United States District Court for the District of Arizona

in CASE NO(S). 07-CV-2001.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, SCHALL, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 4, 2008 /s/ Jan Horbaly_____
Jan Horbaly, Clerk